# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

Chapter 13

Bankruptcy No. 17-14034-MDC

JEFFREY J TONER

231 FARLEIGH COURT

LANGHORNE, PA 19047

Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

JEFFREY J TONER

231 FARLEIGH COURT

LANGHORNE, PA 19047

Counsel for debtor(s), by electronic notice only.

PAUL H YOUNG
3554 HULMEVILLE RD
SUITE 102
BENSALEM, PA 19020

/S/ William C. Miller

Date: 1/29/2018

_____
William C. Miller, Esquire
Chapter 13 Standing Trustee