## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Jeffrey J Toner
                Debtor

MIDFIRST BANK
         v.
Jeffrey J Toner
         and
William C. Miller Esq.
                Trustee

Chapter 13

NO. 17-14034 MDC

### **ORDER**

AND NOW, this 27th day of February, 2018 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on December 19, 2017 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code) 11 U.S.C. Section 362, is modified to allow MIDFIRST BANK and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 231 Farleigh Court Langhorne, PA 19047.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

*Magdeline D. Coleman*

United States Bankruptcy Judge.

cc: See attached service list

Jeffrey J Toner
231 Farleigh Court
Langhorne, PA 19047

William C. Miller Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

Paul H. Young, Esq.
3554 Hulmeville Road
Suite 102
Bensalem, PA 19020

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532