```
                              United States Bankruptcy Court
                              Eastern District of Pennsylvania
In re:                                                                  Case No. 17-14034-mdc
Jeffrey J Toner                                                         Chapter 13
         Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0313-2           User: ChrissyW                Page 1 of 2                   Date Rcvd: Mar 15, 2018
                               Form ID: pdf900               Total Noticed: 40


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 17, 2018.
db             +Jeffrey J Toner,    231 Farleigh Court,    Langhorne, PA 19047-1653
13965130       +Bridgecrest Credit Company, LLC,    PO Box 29018,    Phoenix, AZ 85038-9018
13932170       +Capital One,    Po Box 26625,    Richmond, VA 23261-6625
13932169       +Capital One,    Attn: General Correspondence/Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
13932174       +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
13932173       +Chase Card,    Attn: Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
13932176       +Citimortgage Inc,    Po Box 6243,    Sioux Falls, SD 57117-6243
13932175        Citimortgage Inc,    Attn: Bankruptcy,    Po Box 6423,    Sioux Falls, SD 57117
13932181       +Ford Motor Credit,    Po Box Box 542000,    Omaha, NE 68154-8000
13962355       +MIDFIRST BANK,    c/o MATTEO SAMUEL WEINER,    KML Law Group, P.C.,    701 Market Street,
                 Suite 5000,    Philadelphia, PA 19106-1541
13963363       +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
13932183       +Midland Mortgage Co,    999 Nw Grand Blvd,    Oklahoma City, OK 73118-6051
13932182       +Midland Mortgage Co,    Attn: Customer Service/Bankruptcy,    Po Box 26648,
                 Oklahoma City, OK 73126-0648
13989941        Pinnacle Credit Services, LLC its successors and,    assigns as assignee of CACH, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13932188       +Stuart Lippman &associ,    5447 E 5th St Ste 110,    Tucson, AZ 85711-2345
13994405       +Stuart-Lippman and associates,    5447 E. 5th street, Suite 110,    Tucson, AZ 85711-2345
14014441        The Bank of New York Mellon, et al,    c/o Ocwen Loan Servicing, LLC,    Attn: Bankruptcy Dept.,
                 P.O. Box 24605,    West Palm Beach, FL 33416-4605
13932189       +United Rev,    Po Box 1184,    Langhorne, PA 19047-6184
13932190       +Wakefield & Associates,    7005 Middlebrook Pike,    Knoxville, TN 37909-1156
13932191       +Wakefield & Associates,    Po Box 50250,    Knoxville, TN 37950-0250
13932193       +Wells Fargo Dealer Services,    Po Box 1697,    Winterville, NC 28590-1697
13932192       +Wells Fargo Dealer Services,    Attn: Bankruptcy,    Po Box 19657,    Irvine, CA 92623-9657
13932194       +Young, Marr & Associates, LLC,    3554 Hulmeville Road,    Suite 102,    Bensalem, PA 19020-4366
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Mar 16 2018 01:32:17     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 16 2018 01:32:13     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13932167       +E-mail/Text: banko@berkscredit.com Mar 16 2018 01:31:58     Berks Credit & Collections,
                 Po Box 329,    Temple, PA 19560-0329
13932168       +E-mail/Text: banko@berkscredit.com Mar 16 2018 01:31:58     Berks Credit & Collections,
                 900 Corporate Dr,    Reading, PA 19605-3340
13932171       +E-mail/Text: bkr@cardworks.com Mar 16 2018 01:31:55     Cardworks/CW Nexus,    Attn: Bankruptcy,
                 Po Box 9201,    Old Bethpage, NY 11804-9001
13932172       +E-mail/Text: bkr@cardworks.com Mar 16 2018 01:31:55     Cardworks/CW Nexus,    Po Box 9201,
                 Old Bethpage, NY 11804-9001
13932178       +E-mail/Text: bankruptcynotices@dcicollect.com Mar 16 2018 01:32:24     Diversified Consultant,
                 P O Box 551268,    Jacksonville, FL 32255-1268
13932177       +E-mail/Text: bankruptcynotices@dcicollect.com Mar 16 2018 01:32:24     Diversified Consultant,
                 Dci,    Po Box 551268,    Jacksonville, FL 32255-1268
13932179       +E-mail/Text: dl-collectionsbankruptcyteam@drivetime.com Mar 16 2018 01:32:23
                 DriveTime Credit Co,    Attention: Bankruptcy,    4020 E Indian School Rd,
                 Phoenix, AZ 85018-5220
13932180       +E-mail/Text: dl-collectionsbankruptcyteam@drivetime.com Mar 16 2018 01:32:23
                 DriveTime Credit Co,    7300 E Hampton Ave,    Mesa, AZ 85209-3324
13932185       +E-mail/PDF: pa_dc_claims@navient.com Mar 16 2018 01:28:21     Navient,    Po Box 9500,
                 Wilkes Barre, PA 18773-9500
13932184       +E-mail/PDF: pa_dc_claims@navient.com Mar 16 2018 01:28:39     Navient,    Attn: Bankruptcy,
                 Po Box 9500,    Wilkes-Barr, PA 18773-9500
13953355        E-mail/PDF: pa_dc_litigation@navient.com Mar 16 2018 01:28:37
                 Navient Solutions, LLC. on behalf of    United Student Aid Funds, Inc.,
                 Attn: Bankruptcy Litigation Unit E3149,    PO Box 9430,    Wilkes Barre, PA 18773-9430
13932187       +Fax: 407-737-5634 Mar 16 2018 02:06:40     Ocwen Loan Servicing, Llc,    1661 Worthington Rd,
                 West Palm Beach, FL 33409-6493
13932186       +Fax: 407-737-5634 Mar 16 2018 02:06:40     Ocwen Loan Servicing, Llc,
                 Attn: Research/Bankruptcy,    1661 Worthington Rd Ste 100,    West Palm Bch, FL 33409-6493
13989297        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 16 2018 01:28:37
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13949644        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 16 2018 01:32:02
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA 17128-0946
                                                                                               TOTAL: 17
```

```
District/off: 0313-2          User: ChrissyW              Page 2 of 2                   Date Rcvd: Mar 15, 2018
                              Form ID: pdf900             Total Noticed: 40

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*          Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA   17128-0946
                                                                                    TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 15, 2018 at the address(es) listed below:
              KEVIN G. MCDONALD    on behalf of Creditor    MIDFIRST BANK KMcDonald@blankrome.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              PAUL H. YOUNG    on behalf of Debtor Jeffrey J Toner support@ymalaw.com,    ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    The Bank of New York Mellon etal paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 6
```

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

JEFFREY J TONER                                Chapter 13

                    Debtor            Bankruptcy No. 17-14034-MDC

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

**AND NOW**, this ___15th___ day of ___March___, 201_8_ upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
PAUL H YOUNG
3554 HULMEVILLE RD
SUITE 102
BENSALEM, PA 19020


Debtor:
JEFFREY J TONER

231 FARLEIGH COURT

LANGHORNE, PA 19047